■ TRANS WORLD AIRLINES, INC., Intervenor-Respondent, v. CURTISS-WRIGHT CORPORATION et al., Appellants, and LOCKHEED AIRCRAFT CORPORATION, Respondent, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur— Botein, J. P., Rabin, Cox and Valente, JJ.

■ TRANS WORLD AIRLINES, INC., Respondent, v. CURTISS-WRIGHT CORPORATION et al., Defendants, and LOCKHEED AIRCRAFT CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox and Valente, JJ.

■ CHESAPEAKE INDUSTRIES, INC., Appellant, v. SELZNICK RELEASING ORGANIZATION, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ OLGA STEPIAN et al., Respondents, v. HENRY C. WILSON POST No. 762, DEPARTMENT OF NEW YORK AMERICAN LEGION INC., Appellant.— Judgment affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank and Valente, JJ.; Cox, J., dissents and votes to reverse and dismiss the complaint.

■ VICTORIA A. SMITH, Respondent, v. HENRY R. BENJAMIN, Appellant, and VIRGINIA P. BENJAMIN, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of 747 SOUTHERN BOULEVARD REALTY CORPORATION, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ BANNER PROPERTIES, INC., on Behalf of Itself and All Other Property Owners of Luxury Apartment Housing in the City of New York, Similarly Situated, Appellant, v. CHARLES ABRAMS, as State Rent Administrator, et al., Respondents, and JACOB K. JAVITS, as Attorney-General of the State of New York, Intervenor-Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ SAIDE RAPPAPORT, Plaintiff, v. METROPOLITAN WINDOW & OFFICE CLEANING CORP., Defendant.— Upon the stipulated agreed statement of facts, we find and decide that plaintiff is entitled to judgment against the defendant in the stipulated sum of $700, without costs. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ MANUFACTURERS TRUST COMPANY, Appellant, v. DAVID A. CAVELL, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [206 Misc. 818.]

■ GERDY DU BOISKY, Respondent-Appellant, v. LEOPOLD DU BOISKY, Appellant-Respondent.— Judgment and orders unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ JOHN SEDA, an Infant, by His Guardian ad Litem, ANGEL SEDA, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment appealed from is perforce based on a finding that the infant plaintiff fell while jumping for the horizontal bar. The evidence in this case however impels us to find that he fell not while jumping for the bar but while he was in the act of swinging on it. In these circumstances no liability may be imposed upon the defendant (Miller v. Board of Educ., 249 App. Div. 738). Judgment unanimously reversed, without costs, and judgment is directed to be entered in favor of the defendant dismissing the complaint herein. Settle order on notice. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.